UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARTISHA MCKINNES and
STEVE FLEMMING,                          Case No. 2:19-cv-12748

          Plaintiffs,                    HONORABLE STEPHEN J. MURPHY, III

v.

ATX INC., et al.,

          Defendants.
_____/

**STIPULATED ORDER ADJOURNING JOINT**
**DISCOVERY PLAN AND SCHEDULING CONFERENCE DATES**

Pursuant to the stipulation of the parties and the Court being fully informed

of the facts:

**WHEREFORE**, it is hereby **ORDERED** that the Rule 16 scheduling

conference and joint discovery plan deadline are **RECHEDULED**. The scheduling

conference shall be held on **May 6, 2020, at 10:00 a.m.**, and the joint discovery plan

will be due no later than **April 28, 2020**.

          **SO ORDERED.**


                              s/ Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: January 28, 2020


1

## STIPULATION TO ADJOURN JOINT
## DISCOVERY PLAN AND SCHEDULING CONFERENCE DATES

NOW COMES, Plaintiffs, Dartisha McKinnes and Steve Flemming (hereinafter "Plaintiffs") and Defendants, ATX, Inc., Benson Oghougo, and Antonio George (hereinafter "Defendants") (collectively with Plaintiff as "the Parties") hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, this lawsuit was filed on September 20, 2019 (ECF No. 1) and Defendants filed a joint answer on December 23, 2019 (ECF No. 9);

WHEREAS, since Defendants' Answer was filed, the Parties have met to discuss each other's various positions on the case and have decided to engage in a mutual informal exchange of information for the purpose of their discussions regarding the possibility of reaching a resolution of the matter without the need for additional litigation, and the Parties believe that postponing the Joint Discovery Plan and Rule 16 Scheduling Conference will aid those discussions;

WHEREAS, Local Rule 7.1(a) states that "[i]f the movant obtains concurrence, the parties may make the subject matter of the contemplated motion or request a matter of record by stipulated order."

NOW THEREFORE, subject to approval by the Court, the Parties stipulate and agree that:

> The dates set forth in the Court's January 6, 2020 Order Requiring Joint Discovery Plan and a Setting Rule 16 Scheduling Conference (ECF No. 10) are adjourned for ninety days, or to a later date of the Court's choosing, to allow the Parties to engage in settlement discussions.

2

Dated: January 28, 2020

*s/ Kevin J. Stoops*
Kevin J. Stoops (P64371)
Charles R. Ash, IV (P73877)
SOMMERS SCHWARTZ, P.C.
One Towne Square, Suite 1700
Southfield, Michigan 48076
248-355-0300
kstoops@sommerspc.com
crash@sommerspc.com

*Counsel for Plaintiffs*

Dated: January 28, 2020

*s/ Martin C. Brook (w/consent 1/28/2020)*
Martin C. Brook (P55946)
Alexis Martin (P80817)
Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
248-593-6400
Martin.brook@ogletree.com
Alexis.martin@ogletree.com

*Counsel for Defendants*

3