UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARTISHA MCKINNES and
STEVE FLEMMING,                          Case No. 2:19-cv-12748

      Plaintiffs,                          HONORABLE STEPHEN J. MURPHY, III

v.

ATX INC., et al.,

      Defendants.
_____/

**STIPULATED ORDER ADJOURNING JOINT
DISCOVERY PLAN AND SCHEDULING CONFERENCE DATES**

Pursuant to the stipulation of the parties and the Court being fully informed of the facts:

**WHEREFORE**, it is hereby **ORDERED** that the Rule 16 scheduling conference and joint discovery plan deadline are **RECHEDULED**. The scheduling conference shall be held on **July 10, 2020, at 10:00 a.m.**, and the joint discovery plan will be due no later than **July 3, 2020**.

    **SO ORDERED.**

                                          s/ Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: April 23, 2020

## STIPULATION TO ADJOURN JOINT
## DISCOVERY PLAN AND SCHEDULING CONFERENCE DATES

NOW COMES, Plaintiffs, Dartisha McKinnes and Steve Flemming (hereinafter "Plaintiffs") and Defendants, ATX, Inc., Benson Oghougo, and Antonio George (hereinafter "Defendants") (collectively with Plaintiff as "the Parties") hereby stipulate, subject to the Court's approval, as follows:

WHEREAS, this lawsuit was filed on September 20, 2019 (ECF No. 1) and Defendants filed a joint answer on December 23, 2019 (ECF No. 9);

WHEREAS, the Parties have met to discuss each other's various positions on the case and have decided to engage in a mutual informal exchange of information for the purpose of their discussions regarding the possibility of reaching a resolution of the matter without the need for additional litigation, and the Parties believe that postponing the Joint Discovery Plan and Rule 16 Scheduling Conference will aid those discussions; and

WHEREAS, the Parties are entering into a tolling agreement in order to protect the statute of limitations for each potential class and collective member while these proposed settlement discussions occur;

WHEREAS, Local Rule 7.1(a) states that "[i]f the movant obtains concurrence, the parties may make the subject matter of the contemplated motion or request a matter of record by stipulated order."

NOW THEREFORE, subject to approval by the Court, the Parties stipulate and agree that:

The dates set forth in the Court's January 28, 2020 Order Adjourning Joint Discovery Plan and Scheduling Conference Dates (ECF No. 11) are adjourned for sixty days, or to a later date of the Court's choosing, to allow the Parties to engage in further settlement discussions.


Dated: April 23, 2020                    */s/ Kevin J. Stoops*
                                         Kevin J. Stoops (P64371)
                                         Charles R. Ash, IV (P73877)
                                         SOMMERS SCHWARTZ, P.C.
                                         One Towne Square, Suite 1700
                                         Southfield, Michigan 48076
                                         248-355-0300
                                         kstoops@sommerspc.com
                                         crash@sommerspc.com

                                         *Counsel for Plaintiffs*


                                         */s/ Martin C. Brooks (with consent)*
                                         Martin C. Brook (P55946)
                                         Alexis Martin (P80817)
                                         Ogletree, Deakins, Nash, Smoak &
                                         Stewart, PLLC
                                         34977 Woodward Avenue, Suite 300
                                         Birmingham, MI 48009
                                         248-593-6400
                                         Martin.brook@ogletree.com
                                         Alexis.martin@ogletree.com

                                         *Counsel for Defendants*