UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARTISHA MCKINNES and
STEVE FLEMMING,

        Plaintiffs,

v.

ATX INC., et al.,

        Defendants.
_____/

Case No. 2:19-cv-12748

HONORABLE STEPHEN J. MURPHY, III

## ORDER DISMISSING THE CASE WITHOUT PREJUDICE

In December 2020, the Court granted Defendant's motion to dismiss and to compel arbitration. ECF 28. All claims that remained in the matter were referred to arbitration. *Id.* at 333. As other courts in the Eastern District of Michigan have noted, "[t]he Sixth Circuit, like several other circuits, has authorized dismissal of actions where all claims are referable to arbitration and retaining jurisdiction would thus serve no purpose." *E.g., Southerland v. Corp. Transit of Am.,* No. 13-14462, 2014 WL 4906891, at \*11 (E.D. Mich. Sept. 30, 2014) (Levy, J.) (collecting cases). Since the Court referred all claims in the matter to arbitration, the Court will follow the practice of other courts in the Eastern District of Michigan and throughout the Sixth Circuit by dismissing the case without prejudice. This is a final order that closes the case.

**WHEREFORE**, it is hereby **ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE.**

1

This is a final order that closes the case.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: October 14, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 14, 2021, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

2